THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN BELLOVIN, Respondent, *v.* SHERIFF OF KINGS COUNTY et al., Respondents, and SAM MILRUTH et al., Appellants.

(Submitted March 3, 1936; decided March 20, 1936.)

*Martin Gottlieb* and *Joseph J. Gottlieb* for appellants.

*Sol I. Smithline* and *Harry I. Feldman* for relator, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.